Hiep BUI, Petitioner–Appellant,

v.

S.K. YOUNG, Warden of Wallens Ridge State Prison, Respondent–Appellee.

No. 00–6962.

United States Court of Appeals, Fourth Circuit.

Submitted Jan. 18, 2001.

Decided Jan. 24, 2001.

Hiep Bui, pro se. Mary Kathleen Beatty Martin, Office of the Attorney General of Virginia, Richmond, VA, for appellee.

Before WIDENER and MICHAEL, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Hiep Bui seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *Bui v. Young,* No. CA–99–1310–AM (E.D. Va. filed June 27, 2000; entered June 28, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*